**e-Filing**

1  Bruce H. Winkelman, Esq. (State Bar No. 124455)
   CRAIG & WINKELMAN LLP
2  2150 Shattuck Avenue, Suite 1220
   Berkeley, California 94704
3  Telephone: (510) 549-3330
   Facsimile: (510) 217-5894
4
   Counsel for Plaintiff
5  UNITED STATES FIDELITY &
   CASUALTY COMPANY
6
7
8                UNITED STATES DISTRICT COURT
9                NORTHERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES FIDELITY &            )   Case No: C 04-3472 VRW
   CASUALTY COMPANY,                   )
12                                     )   **SUBSTITUTION OF ATTORNEY**
       Plaintiff,                      )
13                                     )
   vs.                                 )
14                                     )
   NAPA VALLEY WINE TRAIN, INC.,       )
15 et al.,                             )
                                       )
16     Defendants.                     )
                                       )
17 _____)

18     Plaintiff, United States Fidelity & Casualty Company hereby substitutes BRUCE H.
19 WINKELMAN, Esq. and the law firm of CRAIG & WINKELMAN, LLP, 2150 Shattuck Avenue
20 Suite 1220, Berkeley, CA 94704 as attorney of record in the place and instead of FULTON M.
21 SMITH, Esq. and the BARBER LAW GROUP.
22
23 DATED: 7-19-05
24
                           By: _____
25                             On Behalf of Plaintiff
26
27
28 _____
   SUBSTITUTION OF ATTORNEY                            C 04-3472 VRW

I consent to the above substitution.

DATED: August 1, 2005

By: _____
On Behalf of Barber Law Group, Fulton Smith, Esq.

I am duly admitted to practice in this district.

DATED: August 1, 2005          CRAIG & WINKELMAN LLP

By: _____
Bruce H. Winkelman, Esq.

Substitution of Attorney is hereby approved.

DATED: 0 5 AUG 2005

By: _____
United States District Judge

---

2
SUBSTITUTION OF ATTORNEY                   C 04-3472 VRW